FILED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: '08 MJ 8566 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Javier BEJARANO-Marron, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about June 23, 2008, within the Southern District of California, defendant Javier BEJARANO-Marron did knowingly and intentionally import approximately 25.31 kilograms (55.68 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas Struckmeyer, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2       v.
3  Javier BEJARANO-Marron

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation, and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On June 23, 2008, Javier BEJARANO-Marron (BEJARANO) entered the United States at the Andrade, California, Port of Entry. BEJARANO was the driver and sole occupant of a 1999 Toyota Camry registered in his name.

Customs and Border Protection Officer (CBPO) M. Gomez conducted a primary inspection of BEJARANO and the vehicle. CBPO Gomez received a negative Customs declaration from BEJARANO. CBPO Gomez noticed that the vehicle seemed unusually clean and that it had a strong masking odor. She also noticed that BEJARANO, although calm, made very little eye contact. Based on her observations, CBPO Gomez referred BEJARANO and the vehicle to the secondary inspection area for further inspection.

CBPO R. Lynn encountered BEJARANO in the secondary inspection area. After BEJARANO gave a negative Customs declaration, CBPO Lynn escorted him to a staging area so that Canine Enforcement Officer (CEO) M. Medley could screen the vehicle with his Narcotic Detector Dog (NDD). While CEO Medley was screening the vehicle with his NDD, CBPO Lynn noticed that BEJARANO seemed extremely tense. CBPO Lynn felt that BEJARANO looked as if he were considering running out of the staging area.

CEO Medley's NDD alerted to the bottom of the vehicle's rear seat, indicating the presence of the odor of a controlled substance in that area. CEO Medley advised CBPO Lynn of the alert, and CBPO Lynn escorted BEJARANO to the vehicle secondary office. While walking to the vehicle secondary office, CBPO Lynn asked BEJARANO if the vehicle belonged to him, and he confirmed that it did, stating that he had *owned it for*

approximately two months.

CBPO Lynn removed the rear seat of the vehicle and noticed that the sending unit for the fuel tank had new fresh silicone around the seal and different type screws holding it in place. He removed the sending unit in order to see inside the gas tank. When removing the sending unit, CBPO Lynn discovered that the sending unit had been modified. The outside of the sending unit was threaded and screwed into the gas tank, making it possible to remove the sending unit simply by spinning it off like a nut.

When CBPO Lynn looked into the gas tank, he was able to see several packages floating inside. A total of 23 packages were recovered from the gas tank of the vehicle. The combined weight of the 23 packages was approximately 25.31 Kilograms (55.68 pounds). A sample taken from one of the packages field-tested positive for cocaine.

Special Agents (S/A) D. Struckmeyer and R. Silva processed BEJARANO. S/A Struckmeyer provided BEJARANO with his constitutional rights per Miranda, with S/A Silva present. BEJARANO invoked his rights, choosing not to make a statement.

A registration found inside the vehicle indicated that the vehicle had belonged to BEJARANO since May 22, 2008. Since that time, the vehicle has entered the United States through the Andrade Port of Entry seven times, and through the Calexico, West Port of Entry twice. On eight of these nine entries, BEJARANO entered the United States with the vehicle. On three of the seven entries through the Andrade Port of Entry, the vehicle was referred for a secondary inspection. BEJARANO was with the vehicle on all three of these entries. These secondary inspections would have all involved a canine search of the vehicle. During these inspections, no controlled substances were found in the vehicle.