```
                                         FILED
                                       JUL 22 2008
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY  EF         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2402-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| JAVIER BEJARANO-MARRON, | Cocaine (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about June 23, 2008, within the Southern District of California, defendant JAVIER BEJARANO-MARRON, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 25.31 kilograms (55.68 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 22, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:Imperial
7/21/08