AO 455(Rev. 5/85) Waiver of Indictment



## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JAVIER BEJARANO-MARRON

CASE NUMBER: 08CR2402-JLS

I, __JAVIER BEJARANO-MARRON__, the above named defendant, who is accused of

committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __7/22/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
      Judicial Officer